# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JOSHUA RAJA CROOM,**

    **Petitioner,**

**v.**	**Case No. 3:13cv513/LC/CJK**

**MICHAEL D. CREWS,**

    **Respondent.**

_____/

## REPORT AND RECOMMENDATION

This habeas case filed under 28 U.S.C. § 2254 is before the court upon referral from the clerk. On September 25, 2013, the court entered an order (doc. 3) directing petitioner to either pay the $5.00 filing fee, or submit a complete application to proceed *in forma pauperis*, within **thirty (30) days**. Petitioner was also directed to submit two service copies of his petition. Petitioner was warned that failure to comply with the order would result in a recommendation that this case be dismissed. Over thirty days elapsed, and petitioner did not comply with the order.

On November 5, 2013, the court ordered petitioner to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court. (Doc. 4). To date, petitioner has not responded to the show cause order or complied with the September 25, 2013 order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 3rd day of December, 2013.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).