**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JOSHUA RAJA CROOM,**

    **Petitioner,**

**vs.**                                                        Case No. 3:13cv513/LC/CJK

**MICHAEL D. CREWS,**

    **Respondent.**
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 3, 2013. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been made.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's Report and Recommendation (doc. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with an order of the court.

3. The clerk shall close the file.

**ORDERED** on this 6th day of January, 2014.

s/ *L.A. Collier*

Lacey A. Collier
Senior United States District Judge